**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_____

In Re:  Robert M. Taylor,                                        Case No:  10-19273-SSM
      Vannary S. Taylor,                                         Chapter 13

      Debtors

_____

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

    Comes now Robert M. Taylor and Vannary S. Taylor, Debtors, by counsel, and moves this Honorable Court for an order voluntarily dismissing their above-entitled bankruptcy case pursuant to 11 U.S.C. Section 1307(b).

    The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. Sections 706, 1122 or 1208; and

    There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

                                    Respectfully submitted,
                                    Robert M. Taylor and Vannary S. Taylor,
                                    by Counsel

Date**:  November 2, 2010**

/s/ Scott Alan Weible
Scott Alan Weible, VSB #75633

Law Offices of Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA   20155-1693
(703) 754-2092; (703) 754-2093 Fax
(703) 957-9456 (Direct)
scott@weible.com

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of this Motion was served via first class mail, postage prepaid, or electronically on this 2nd day of November, 2010, on:

Robert M. Taylor
Vannary S. Taylor
9544 Ballagan Court
Bristow, VA 20136

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

American Express
PO Box 297871
Fort Lauderdale, FL 33329

Braemar Community Association
c/o Community Management Corp
PO Box 61148
Phoenix, AZ 85082

Braemar Village Chiropractor
12847 Bremar Village Plaza
Bristow, VA 20136

Capital One, N.a.
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154

Capital One, N.a.
PO Box 85520
Richmond, VA 23285

Childrens Place
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Childrens Place
PO Box 6497
Sioux Falls, SD 57117

Collection
PO Box 9136
Needham, MA 02494

Credit Management
4200 International Pwy
Carrolton, TX 75007

Credit Management
4200 International Pkwy
Carrollton, TX 75007

DC Treasurer
PO Box 2014
Washington, DC 20013

Emergency Medicine Assoc
20010 Century Blvd. Ste 200
Germantown, MD 20874

Equinox
2720 S. River Road
Suite 4
Des Plaine, IL 60015

Flagstar Bank
Attn Bankruptcy Dept MS-S144-3
5151 Corporate Dr
Troy, MI 48098

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098

Hsbc/tax
200 Somerset Copor
Bridgewater, NJ 08807

Lendmark Financial Service
1320 Central Park Blvd
Fredericksburg, VA 22401

Nationcoll
2015 Vaughn Rd
Kennesaw, GA 30144

Nationwide Credit Inc
1150 E. University Drive
First Floor
Tempe, AZ 85281

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merryfield, VA 22119

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119

Navy Federal Credit Union
Attention:  Bankruptcy
PO Box 3000
Merryfield, VA 22119

Navy Federal CU
PO Box 3700
Merrifield, VA 22119

NCO Financial Systems, Inc.
PO Box 12100
Dept 64
Trenton, NJ 08650

Nelnet Loans
PO Box 82561
Lincoln, NE 68501

Nelnet Loans
Attention: Claims
PO Box 17460
Denver, CO 80217

Prince William Hospital
Business Office
PO Box 2004
Merrifield, VA 22116-2004

Prince William Tax Admin.
PO Box 2467
Prince William, VA 22195

Professnl Acct Mgmt In
Attn: Sabrina
PO Box 391
Milwaukee, WI 53201

Professnl Acct Mgmt In
633 W Wisconsin Ave Ste
Milwaukee, WI 53203

Sears/cbsd
PO Box 6189
Sioux Falls, SD 57117

Superior Mgt
Attn: Bankruptcy
PO Box 468089
Atlanta, GA 31146

Superior Mgt
18167 US  Highway 19 N St
Clearwater, FL 33764

T-Mobile
P.O. Box 37380
Albuquerque, NM 87176

Tartan Hills Village West HOA
c/o Community Management Group
4840 Westfields Blvd, Suite 30
Chantilly, VA 20151

VA Child Support
730 E. Broad St.
Richmond, VA 23219

WF/Wachovia Dealer Services
PO Box 19657
Irvine, CA 92623

WFS/Wachovia Dealer Services
PO Box 1697
Winterville, NC 28590

Whiteford, Taylor & Preston
3190 Fairview Park Drive
Suite 300
Falls Church, VA 22042

Thomas P. Gorman, Esq.
Chapter 13 Trustee
300 N. Washington Suite 400
Alexandria, VA 22314

United States Trustee
Office of The United States Trustee
115 South Union Street, Plaza Level
Suite 210
Alexandria, VA 22314